**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-20588-CIV-ALTONAGA/Goodman**

**LUIS DELGADO**,

    Plaintiff,

v.

**RILEA GROUP, INC.**,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. On March 11, 2020, the Court entered an Order [ECF No. 6] requiring the parties to file certificates of interested parties and corporate disclosure statements by April 13, 2020. Plaintiff, Luis Delgado, failed to do so. On April 14, 2020, the Court entered an Order [ECF No. 18] directing Plaintiff to comply with the March 11, 2020 Order by April 15, 2020, cautioning the failure to do so would result in the case being dismissed. (*See id.*). Remarkably, Plaintiff has not complied with the March 11, 2020 Order, nor has he requested additional time to do so. Accordingly, it is

    **ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** the case, and any pending motions are **DENIED as moot**.

    **DONE AND ORDERED** in Miami, Florida, this 16th day of April, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record